## CASE ANNOUNCEMENTS
*January 4, 2011*

[Cite as *01/04/2011 Case Announcements*, 2011-Ohio-3.]

### MERIT DECISIONS WITHOUT OPINIONS

2010–1762.   [State ex rel.] **Furlong v. Quinn.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
 O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., *concur.*
 McGEE BROWN, J., not participating.

### MISCELLANEOUS DISMISSALS